UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUSAN M. MORRIS**<br>**1300 Army Navy Drive, PH 1**<br>**Arlington, VA 22202**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**JOVITA CARRANZA,**<br>**Acting Administrator**<br>**Small Business Administration**<br>**Washington, D.C. 20416**<br><br>        **Defendant.** | Civil Action No. 08-0995(PLF)<br>(ECF) |

## PRAECIPE

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Benton G. Peterson as counsel for defendant in the above-captioned case.

Respectfully Submitted,

_____/s/_____
Benton G. Peterson, Bar No. 1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238
Benton.Peterson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2008, I caused the foregoing Praecipe to be served on Plaintiff's Attorney, **Robert C. Seldon, Esq.**, via the court's Electronic Case Filing System (ECF).

       _____/s/ _____
Benton G. Peterson, Wis. Bar No. 1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238
Benton.Peterson@usdoj.gov