UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SUSAN M. MORRIS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0995(PLF) |
| | ) | (ECF) |
| **JOVITA CARRANZA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, by and through undersigned attorneys, hereby respectfully request an enlargement of time, to and including September 10, 2008 within which to file a response to plaintiff's complaint. Presently, defendant's filing is due on August 11, 2008. This is undersigned counsel's first request for an enlargement of time for this purpose. Undersigned counsel has discussed this motion with plaintiff's counsel, and he has no objection to this request.

There is good cause for this motion. Additional time is necessary in order for the agency to provide information and materials necessary for the defendant's response to plaintiff's complaint. The complaint in this matter was received by United States Attorney's Office on about June 12, 2008. On or about June 17, 2008, a copy of the complaint was sent to the defendant agency. It is the undersigned's understanding that due to an administrative error, the complaint was not routed to the proper channels. In addition, the undersigned has learned that currently, agency personnel essential to the defendant's response will not be available for two

weeks. Once the agency personnel returns, the information provided will need to be incorporated into defendant's response. In an abundance of caution, the undersigned requests through and until September 10, 2008 to respond to plaintiff's complaint.

    For the foregoing reasons, defendant respectfully requests that this unopposed motion for an enlargement of time be granted.

                              Respectfully submitted,

                              _____
                              JEFFREY A. TAYLOR, BAR # 498610
                              United States Attorney

                              _____
                              RUDOLPH CONTRERAS, Bar # 434122
                              Assistant United States Attorney

                              _____/s_____
                              BENTON G. PETERSON, Bar #1029849
                              Assistant United States Attorney
                              Judiciary Center Building
                              555 4th Street, N.W. Civil Division
                              Washington, D.C. 20530
                              (202) 514-7238 514-8780 (Facsimile)
                              Benton.Peterson@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN M. MORRIS ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 08-0995(PLF) |
| ) | (ECF) |
| JOVITA CARRANZA, ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

# ORDER

**UPON CONSIDERATION** of defendant's unopposed motion for an enlargement of time to September 10, 2008, to reply to plaintiff's complaint and the grounds stated therefor, and the entire record herein, it is on this _____ day of August, 2008, hereby

**ORDERED** that defendant's motion be, and it hereby is,

**GRANTED.**

_____
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUSAN M. MORRIS** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 08-0995(PLF) |
| ) | (ECF) |
| **JOVITA CARRANZA,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

**UPON CONSIDERATION** of defendant's unopposed motion for an enlargement of time to September 10, 2008, to reply to plaintiff's complaint and the grounds stated therefor, and the entire record herein, it is on this _____ day of August, 2008, hereby

**ORDERED** that defendant's motion be, and it hereby is,

**GRANTED.**

_____
**UNITED STATES DISTRICT JUDGE**